914

No. 601. NORTH AMERICAN AVIATION, INC., *v.* HUGHES ET AL. C. A. 9th Cir. Certiorari denied. *Joe Crider, Jr.* for petitioner. *Albert Lee Stephens, Jr.* and *Glendon Tremaine* for respondents.

No. 605. GOULD, DOING BUSINESS AS STAY-RITE SUPPLY CO., ET AL. *v.* FISCH ET AL. C. A. 3d Cir. Certiorari denied. *Ralph M. Watson* for petitioners. *George B. Finnegan, Jr.* for respondents.

No. 622. BROTHERHOOD OF RAILROAD TRAINMEN, LODGE NO. 514, ET AL. *v.* NORFOLK & PORTSMOUTH BELT LINE RAILROAD CO. C. A. 4th Cir. Certiorari denied. *Robert R. MacMillan, Wayland K. Sullivan, Russell B. Day* and *Harold C. Heiss* for petitioners. *Thomas H. Willcox* for respondent.

No. 624. TOWERS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Sydney R. Rubin* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, I. Henry Kutz* and *L. W. Post* for respondent.

No. 638. AFRO-AMERICAN COMPANY *v.* OWEN. Supreme Court of Appeals of Virginia. Certiorari denied. *Harry O. Levin, Marshall A. Levin, James A. Cobb* and *George E. C. Hayes* for petitioner. *Geo. E. Allen* for respondent.

No. 640. BRIGGS & STRATTON CORP. *v.* CLINTON MACHINE CO., INC. C. A. 8th Cir. Certiorari denied. *Ira Milton Jones* for petitioner. *Edwin J. Balluff* for respondent.